**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MICHAEL MALETICH,

      Plaintiff,

                                  Case No. 11-14615
v.                               Hon. Gerald E. Rosen

LA-Z-BOY INCORPORATED,

      Defendant.

_____/

## JUDGMENT OF DISMISSAL

      At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
  on           July 2, 2013

      PRESENT:  Honorable Gerald E. Rosen
                             Chief Judge, United States District Court

      The Court having this day issued an opinion and order granting Defendant's motion for summary judgment,

      NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED WITH PREJUDICE.

                                  s/Gerald E. Rosen
                                  Chief Judge, United States District Court

Dated: July 2, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 2, 2013, by electronic and/or ordinary mail.

                                  s/Julie Owens
                                  Case Manager, (313) 234-5135